# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

LISA LEHR

        Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant,

**CIVIL NUMBER:  3:23-cv-00029-RGE-WPK**

**JUDGMENT IN A CIVIL CASE**

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Pursuant to the Order Granting Defendant's Motion to Reverse and Remand [20], the Commissioner's decision in this matter is reversed and remanded.

Date: October 10, 2023

CLERK, U.S. DISTRICT COURT

/s/ Kandy Sands
_____

By: Deputy Clerk